Case 7:21-cr-01223   Document 21   Filed on 06/15/21 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
FILED

JUN 15 2021

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. **M-21-1223** |
| RAUL ARNOLDO GARZA-SAAVEDRA | § | |
| JULIO CESAR DOMINGUEZ | § | |
| JONHATAN ALVARADO-ARREAZOLA | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about April 21, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RAUL ARNOLDO GARZA-SAAVEDRA**

did knowingly and intentionally conspire and agree with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about May 17, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**RAUL ARNOLDO GARZA-SAAVEDRA**
**JULIO CESAR DOMINGUEZ**
**and**
**JONHATAN ALVARADO-ARREAZOLA**

did knowingly and intentionally conspire and agree together and with other persons known and

unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).

### Count Three

On or about May 17, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**RAUL ARNOLDO GARZA-SAAVEDRA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 2 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B) and Title 18, United States Code, Section 2.

### Count Four

On or about May 17, 2021, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**JULIO CESAR DOMINGUEZ**
**and**
**JONHATAN ALVARADO-ARREAZOLA**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 5 kilograms or more, that is, approximately 13 kilograms of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY