Case 7:21-cr-01223   Document 73   Filed on 04/11/24 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 11, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| VS. § | CRIMINAL ACTION NO. 7:21-cr-01223-01 |
| § | |
| § | |
| RAUL ARNOLDO GARZA-SAAVEDRA § | |

## ORDER

The Court now considers Defendant's "Motion to Withdrawal and to Substitute Counsel."[1] Defendant was sentenced on November 16, 2021,[2] no appeal was made in this case and the judgment is now final.[3] Defendant has not notified the Court why attorney substitution may be required at this point when nothing remains pending in this Court. Accordingly, the motion is hereby **DENIED**.

IT IS SO ORDERED.

DONE at McAllen, Texas, this 11th day of April 2024.

_____
Micaela Alvarez
Senior United States District Judge

---

[1] Dkt. No. 72.
[2] Minute Entry dated Nov. 16, 2021.
[3] Dkt. No. 66.